# Third District Court of Appeal

## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0809
Lower Tribunal No. 20-619-A-K

_____

**The State of Florida,**
Appellant,

vs.

**Brittany A. Evans,**
Appellee.

An Appeal from the County Court for Monroe County, Sharon I. Hamilton, Judge.

Ashley Moody, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellant.

No appearance, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Unruh v. State</u>, 669 So. 2d 242, 245 (Fla. 1996) (approving suppression of breathalyzer test results as a proper sanction where the arrestee's right to an independent blood alcohol test has been frustrated by law enforcement's failure to render reasonable assistance to such person in obtaining the test); <u>State v. Durkee</u>, 584 So. 2d 1080, 1081, 1083 (Fla. 5th DCA 1991) (reinstating the suppression order of the county court and noting that Durkee, in addition to consenting to the breathalyzer test, "repeatedly" asked to have a blood test).